Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−27170−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ricardo P Acierto                               Joan P Acierto
   2 Highland Circle                               2 Highland Circle
   Egg Harbor Township, NJ 08234                   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−3440                                     xxx−xx−5845

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on August 19, 2016.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 19, 2016
JJW: bc

                                                             James J. Waldron
                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-27170-ABA
Ricardo P Acierto                                                         Chapter 13
Joan P Acierto
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2           Date Rcvd: Aug 19, 2016
                              Form ID: 148               Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2016.
```
db/jdb         #+Ricardo P Acierto,    Joan P Acierto,    2 Highland Circle,    Egg Harbor Township, NJ 08234-6626
515004957       ++ATLANTICARE BEHAVIORAL HEALTH,    6550 DELILAH ROAD BUILDING 300,    SUITE 301,
                 EGG HARBOR TOWNSHIP NJ 08234-5102
                (address filed with court: Atlanticare Behavioral Health,    6550 Delilah Road, Ste. 301,
                 Egg Harbor Township, NJ  08234)
515004956       Atlantic Emergency Associates,    PO Box 120153,    Grand Rapids, MI  49528-0103
515004958       Atlanticare Regional Medical Center,    PO Box 786361,    Philadelphia, PA  19178-6361
515004959      +Best Buy Credit Services,    PO Box 790441,    St. Louis, MO 63179-0441
515004961       Capital One Auto Finance,    c/o Northstar Location Services, LLC,    4285 Genesee Street,
                 Cheektowaga, NY  14225-1943
515004963       Citibank, NA/Home Depot,    c/o Monarch Recovery Mgmt. Inc.,    10965 Decatur Road,
                 Philadelphia, PA  19154-3210
515004962       Citibank, NA/Home Depot,    c/o Client Service, Inc.,    3451 Harry S. Truman Boulevard,
                 St. Charles, MO  63301-4047
515004965      +Comcast,   c/o Eastern Accounts System of CT,    PO Box 837,    Newtown, CT 06470-0837
515004969      +Egg Harbor Twp. MUA,    3515 Bargaintown Road,    Egg Harbor Twp., NJ 08234-8321
515004971       New Jersey American Water,    c/o Client Services, Inc.,    3451 Harry S. Truman Boulevard,
                 St. Charles, MO  63301-4047
515004973       South Jersey Gas Company,    PO Box 6091,    Bellmawr, NJ  08099-6091
515004974      +Specialized Loan Servicing, LLC,    8742 Lucent Boulevard, Suite 300,
                 Highlands Ranch, CO 80129-2386
515004976      +Township of Egg Harbor,    PO Box 949,    Matawan, NJ 07747-0949
515004977      +Verizon NJ Inc,    c/o Enhanced Recovery Co, LLC,    PO Box 1259, Dept 98696,
                 Oaks, PA 19456-1259
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 19 2016 22:45:14     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 19 2016 22:45:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515115536       EDI: AIS.COM Aug 19 2016 22:33:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
515009828       EDI: AIS.COM Aug 19 2016 22:33:00     American InfoSource LP as agent for,    Spot Loan,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
515022990       EDI: AIS.COM Aug 19 2016 22:33:00     American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
515004955      +E-mail/Text: bankruptcy@pepcoholdings.com Aug 19 2016 22:44:58      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
515207745       E-mail/Text: bankruptcy@pepcoholdings.com Aug 19 2016 22:44:58
                 Atlantic City Electric Company,    Pepco Holdings Inc,    5 Collins Drive,    Suite 2133,
                 Carneys Point NJ 08069-3600
515115650      +EDI: AISACG.COM Aug 19 2016 22:33:00     Capital One Auto Finance,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
515115650      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 19 2016 23:31:14
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
515004960       EDI: CAPITALONE.COM Aug 19 2016 22:33:00     Capital One Bank,    PO Box 71083,
                 Charlotte, NC  28272-1083
515004964      +EDI: URSI.COM Aug 19 2016 22:33:00     Citibank, NA,    c/o United Recovery Systems,
                 5800 North Course Drive,    Houston, TX 77072-1613
515004966       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 19 2016 22:45:50      Comcast,
                 PO Box 3006,    Southeastern, PA  19398-3006
515004967       EDI: RCSFNBMARIN.COM Aug 19 2016 22:33:00     Credit One Bank,    PO Box 98873,
                 Las Vegas, NV  89193-8873
515004968       EDI: WFNNB.COM Aug 19 2016 22:33:00     David's Bridal,    Comenity Capital Bank,
                 PO Box 182620,    Columbus, OH  43218-2620
515004970      +E-mail/Text: accountservices@greenlineloans.com Aug 19 2016 22:45:41      Greenline Loan,
                 PO Box 507,    Hays, MT 59527-0507
515250137       EDI: RESURGENT.COM Aug 19 2016 22:33:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
515004972       E-mail/Text: csc.bankruptcy@amwater.com Aug 19 2016 22:46:13      New Jersey American Water,
                 PO Box 578,    Alton, IL  62002-0578
515245027       EDI: PRA.COM Aug 19 2016 22:33:00     Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
515245026       EDI: PRA.COM Aug 19 2016 22:33:00     Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                 POB 41067,    Norfolk VA 23541
515017818       EDI: Q3G.COM Aug 19 2016 22:34:00     Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
515004975      +EDI: TDBANKNORTH.COM Aug 19 2016 22:33:00     TD Bank,    PO Box 1377,    Lewiston, ME 04243-1377
                                                                                              TOTAL: 21
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 19, 2016
                              Form ID: 148             Total Noticed: 35
```

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2016 at the address(es) listed below:
              Bruno  Bellucci, III    on behalf of Joint Debtor Joan P Acierto jkearney@djdlawyers.com,
               bbellucci@djdlawyers.com,bfrost@djdlawyers.com
              Bruno  Bellucci, III    on behalf of Debtor Ricardo P Acierto jkearney@djdlawyers.com,
               bbellucci@djdlawyers.com,bfrost@djdlawyers.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series
               2006-26 jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                             TOTAL: 6